**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WANG et al** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **NOEM et al** | : | **NO.: 26-cv-1915** |
| | : | |

**O R D E R**

**AND NOW**, this **30ᵗʰ** day of **MARCH 2026**, in accordance with the court's

procedure for assignment of a United States Magistrate Judge to certain District Court Judges on

a rotating basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above-captioned

case is Magistrate (Lynne A. Sitarski). If the District Judge deems referral appropriate, a separate

referral order, specifying the reason for referral, will be issued by the District Court Judge.

FOR THE COURT:

**WENDY BEETLESTONE**
**Chief Judge**

ATTEST:

/s/George Wylesol
**GEORGE WYLESOL**
**Clerk of Court**